To:     **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

☐ Filed by my leave;

☐ Filed by my leave and the filing shall be titled _____,
**OR,**

☐ Filed by my leave and the party is being notified for correction of defect(s) as to future filings.

☐ Filed by my leave and the party is required to file a redacted version of the document for the public record (Rule 5.2).

☐ Returned to party for correction of defects, with the document to be filed by my leave, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

☐ Returned to party for correction of defect(s).

☑ Returned to party.  Case on appeal. No jurisdiction in this court

_____
Signature

Date   3/25/19